UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)   Criminal No. 16-cr-10124-WGY<br>CARLOS A. RAFAEL and )<br>ANTONIO M. FREITAS, )<br>Defendants. ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Carlos Rafael moves this Court to amend his release conditions to permit him to extend his daily curfew from 7:00 p.m. to 8:30 p.m. each night. The government assents to this motion.

As grounds for this motion, Mr. Rafael states that he has abided by all conditions of release set by U.S. Magistrate Judge Hennessey on March 3, 2016 as modified on May 12, 2016. Condition #(t)(i) requires Mr. Rafael to be in his home by 7:00 p.m. each evening. With the arrival of summer, and more activities on the waterfront, Mr. Rafael is needed on the docks to tend to various issues regarding his fishing vessels. With daylight extending to past 8:30 p.m. throughout the summer months, the present conditions of release prevent Mr. Rafael from working until sundown as is his usual practice.

Mr. Rafael respectfully requests that the hour of his curfew be extended from 7:00 p.m. to 8:30 p.m. from the date the Court takes action on the motion until September 30, 2016. On October 1, 2016 the condition will revert back to the original Order regarding Mr. Rafael to be in his home by 7:00 p.m. each night.

DATED:  June 28, 2016

## Local Rule 7.1(A)(2) Certification

Undersigned counsel has spoken with Assistant U.S. Attorney Andrew Lelling to apprise him of this motion.  The government assents to this motion.

Respectfully submitted,

*/s/ William H. Kettlewell*
William H. Kettlewell (BBO #270320)
Collora LLP
100 High Street, 20th Floor
Boston, MA  02110
(617) 371-1000
wkettlewell@collorallp.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 28, 2016.

*/s/ William H. Kettlewell*
William H. Kettlewell