UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 16-CR-10124-WGY |
| | ] |
| CARLOS RAFAEL and | ] |
| DEBRA MESSIER | ] |

## MOTION TO DISMISS PENDING COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses DEBRA MESSIER from the complaint in this matter, charging her with conspiracy (18 U.S.C. § 371) and making false entries with the intent to impede a matter within federal jurisdiction (18 U.S.C. § 1519). The complaint was issued (Hennessy, M.J.) on February 24, 2016, after which MESSIER and CARLOS RAFAEL were arrested on February 26, 2016.

In support of this dismissal, the government states that it is in the interests of justice.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: Cynthia A. Young
Chief, Criminal Division

Andrew E. Lelling
Assistant U.S. Attorney

Date: July 25, 2016

Leave to File Granted:

_____
HON. WILLIAM G. YOUNG
UNITED STATED DISTRICT COURT JUDGE