UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | No.  16-CR-10124-WGY |
| v. ] | |
| ] | |
| CARLOS RAFAEL and ] | |
| ANTONIO FREITAS ] | |

# FINAL STATUS REPORT

Pursuant to Local Rule 116.5, the government hereby submits this final status report in anticipation of the status conference scheduled for December 12, 2016.

## I. Disposition of the Case

At this point the parties do not know if the case will be resolved short of trial.

## II. Discovery

The government has produced all discovery it intends to produce short of "21 day" discovery pursuant to Local Rule 116.2. No discovery-related motions are pending or anticipated at this time.

## III. Dispositive Motions

The defendants do not anticipate filing any dispositive motions at this time, but reserve the right to do so should grounds for such a motion arise later in the case.

## IV. Speedy Trial Issues

It appears that no non-excludable days have elapsed since defendant Antonio Freitas's initial appearance on May 9, 2016, and defendant Carlos Rafael's arraignment on May 12, 2016. By order of June 22, 2016, the Court excluded all days between the initial status conference held on that date and the current trial date of January 9, 2016.

## V. Estimated Trial Days

The government estimates that, assuming the defendants are severed for trial, a trial for either defendant would take 1-2 weeks.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney


By:   /s/ *Andrew Lelling*
      Andrew E. Lelling
      David G. Tobin
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on December 12, 2016.

  /s/ *Andrew Lelling*
  Andrew E. Lelling